

                                  Yitzchak Zelman, Esq.
                                  1669 East 12 Street
                                  Brooklyn, NY 11229
                                  (718) 339-0856
                                  yzelman@Sassonlaw.com

                                  September 22, 2014

Honorable District Judge Freda L. Wolfson
District of New Jersey
402 East State Street,
Trenton, New Jersey
*Via ECF*

                **Re: Harari v. Diversified Adjustment Service, Inc.**
                **Civil No: 3:14-cv-01732-FLW-TJB**

Dear Judge Wolfson,

      This firm represents the Plaintiff in the above action.  Please be advised that this matter has been settled, pending the exchange of executed settlement agreements.  It is accordingly requested that this Court issue an Order allowing the parties sixty days to file a Stipulation of Discontinuance, thereby allowing adequate time for the exchange of executed settlement agreements.

      Kindly contact the undersigned with any questions or concerns regarding the foregoing.

                                  Respectfully Submitted,

                                  /s/ Yitzchak Zelman
                                  Yitzchak Zelman, Esq.